NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERSONAL WEB TECHNOLOGIES, LLC,**
*Appellant*

**v.**

**EMC CORPORATION, VMWARE, INC,**
*Appellees*

---

2014-1602, 2014-1603, 2014-1604, 2014-1605, 2014-1606, 2014-1607

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00082, IPR2013-00083, IPR2013-00084, IPR2013-00085, IPR2013-00086, IPR2013-00087.

---

**JUDGMENT**

---

JOEL LANCE THOLLANDER, McKool Smith, PC, Austin, TX, argued for appellant. Also represented by PIERRE J. HUBERT; DANIEL LUKE GEYSER, Dallas, TX; LAWRENCE MILTON HADLEY, RODERICK GEORGE DORMAN, McKool Smith Hennigan, P.C., Los Angeles, CA.

WILLIAM F. LEE, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for appellees. Also repre-

sented by MARK CHRISTOPHER FLEMING, PETER M. DICHIARA, ANNA E. LUMELSKY, CYNTHIA D. VREELAND; DAVID LANGDON CAVANAUGH, Washington, DC; ARTHUR WALLIS COVIELLO, Palo Alto, CA; KRISHNENDU GUPTA, WILLIAM R. CLARK, THOMAS A. BROWN, EMC Corporation, Hopkington, MA. Appellee VMWare, Inc. also represented by BROOKS M. BEARD, Morrison & Foerster LLP, San Francisco, CA.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| August 10, 2015 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |